No. _____

# In the United States Court of Appeals
## FOR THE FOURTH CIRCUIT

U.S. WIND, INC.,
PETITIONER,

*v.*

THE U.S. ENVIRONMENTAL PROTECTION AGENCY,
RESPONDENT.

## U.S. WIND, INC.'S PETITION FOR REVIEW OF AN ORDER OF THE ENVIRONMENTAL PROTECTION AGENCY AFFIRMING JURISDICTION OVER PERMITS ISSUED TO U.S. WIND BY THE MARYLAND DEPARTMENT OF ENVIRONMENT

Pursuant to Federal Rule of Appellate Procedure 15(a) and Circuit Rule 15(a), Petitioner U.S. Wind, Inc. ("U.S. Wind") hereby petitions the U.S. Court of Appeals for the Fourth Circuit for review of an order, dated December 16, 2025, by the United States Environmental Protection Agency ("EPA")'s Environmental Appeals Board ("EAB"), concluding that the EAB has jurisdiction over a petition to review the Maryland Department of Environment's ("MDE") issuance of Permit-to-Construct, Prevention of Significant Deterioration Approval, and Nonattainment New Source Review permits to U.S. Wind. A copy of that decision is attached to this Petition as Attachment A.

This Court has jurisdiction over, and is the proper venue for, this Petition under 42 U.S.C. § 7607(b) because Petitioner seeks "review of [an] action of the Administrator" under the Clean Air Act. 42 U.S.C. § 7607(b)(1); *see also Oklahoma v. EPA*, 605 U.S. 609 (2025). This Petition is timely because it was filed within sixty days of the EAB's December 16, 2025 order. 42 U.S.C. § 7607(b)(1). Alternatively, this Court has jurisdiction, and is the proper venue for, this Petition under the collateral order doctrine, which permits judicial review of certain non-final agency determinations. *See Rhode Island v. EPA*, 378 F.3d 19, 25 (1st Cir. 2004).

Dated: January 26, 2026

Respectfully submitted,

/s/ Misha Tseytlin

| | |
|---|---|
| TOYJA E. KELLEY, SR. | MISHA TSEYTLIN |
| JOSH M. KAPLOWITZ | *Counsel of Record* |
| MORGAN M. GERARD | TROUTMAN PEPPER LOCKE LLP |
| TROUTMAN PEPPER LOCKE LLP | 111 South Wacker Drive |
| 401 9th Street, NW | Suite 4100 |
| Suite 100 | Chicago, IL 60606 |
| Washington, DC 20004 | (608) 999-1240 (MT) |
| (202) 220-6900 | (312) 759-1939 (fax) |
| toyja.kelley@troutman.com | misha.tseytlin@troutman.com |
| josh.kaplowitz@troutman.com | |
| morgan.gerard@troutman.com | *Attorneys for U.S. Wind* |

CARROLL WADE MCGUFFEY III
TROUTMAN PEPPER LOCKE LLP
600 Peachtree Street, NE
Atlanta, GA 30308
(404) 885-3698
mack.mcguffey@troutman.com

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 26th day of January, 2026, I caused this Petition to be filed with the United States Court of Appeals for the Fourth Circuit. I further certify that a true and accurate copy of this Petition was served via certified mail to the following addresses:

Lee Zeldin
Administrator of Environmental Protection Agency
Office of the Administrator 1101A
1200 Pennsylvania Ave, NW
Washington D.C. 20460

Amy Van Blarcom-Lackey
Regional Administrator of Region 3 of Environmental Protection Agency
4 Penn Center
1600 JFK Blvd.
Philadelphia, PA 19103

Maryland Department of the Environment
1800 Washington Blvd.
Baltimore, MD 21230

Nancie G. Marzulla
Roger J. Marzulla
Marzulla Law, LLC
1150 Connecticut Ave, N.W.
Suite 1050
Washington, D.C. 20036


Dated: January 26, 2026

/s/ Misha Tseytlin
MISHA TSEYTLIN
*Counsel of Record*
TROUTMAN PEPPER LOCKE LLP
111 South Wacker Drive
Suite 4100
Chicago, IL 60606
(608) 999-1240 (MT)
(312) 759-1939 (fax)
misha.tseytlin@troutman.com
*Attorney for U.S. Wind, Inc.*